Submitted on record and appellant's brief January 31, reversed and remanded February 13, 1978

STATE OF OREGON, *Respondent,*
*v.*
CARL HERBERT PALMER, *Appellant.*
(No. T-8947G, CA 9203)

574 P2d 366

Milo Pope, Milton-Freewater, and Gary Luisi, Hermiston, filed the brief for appellant.

James A. Redden, Attorney General, and Jan Peter Londahl, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Thornton and Joseph, Judges.

PER CURIAM.

**PER CURIAM.**

The state confesses error.

Reversed and remanded.